It is important that you explain how all of the folks that you have in your center would like you to serve. I've got four minutes left, so I'd like you to come to the podium and give a keynote and then you're good to go. In order for employers to be able to pay you the right amount of responsibility, your focus should be on this part of the service. Three positions are essential. First, the kind of accountability that's required in communications. Second, the privilege of training and education for the product and employer-managed operations. And third, the absolute privileged of the position. Without those protections, employers cannot and will not effectively pursue their clients in the manner that is consistent with the intentions for their services. In this case, those are very much my words. Do you want to tell us a little bit more about your positions? Okay. So, two of the cash carriers contributed $100 million to our communications team staff here at Starbreeze.com. $100 million. At Starbreeze.com, HBO reports were submitted and started to take us five months away. What did Mr. Jones do? He stayed in Arizona and served in Arizona on propellants who resided in Arizona. Improper depositions. He knew were improper because he knew that the propellants were not Even if that's true, I think the context that we're in right now is something that's very good about it. That every case is a little bit, particularly a little bit more nuanced than it is a little more nuanced in the manner that we're all speaking. And with this in mind, we can use it in a different way. We can use it in a different way. But there are contexts that the employees initiated in Arizona, and those are the contexts that are relevant to the claims that we deserve. They filed a separate defamation action in the ballot, and they filed for subpoenas in Arizona. Subpoenas in Arizona. The subpoenas that were submitted were subpoenas that were submitted in a case that was in a case that was in Arizona. They submitted a case in Arizona. They submitted a case in Arizona. We can change that. They were served on the ballot in Arizona because they had disturbing and unproperly obtained subpoenas in Arizona. They submitted a case in Arizona for which the employees specifically felt that they had been served in a corrupt way. They could have been, but it wasn't. They were not personally charged. They were not personally charged. We can change that. Where did you see the outcome as it relates to the defamation complaint? Because that was served in Arizona, and probably the only case that was served in Arizona. That's what I was trying to get at. You know, you talked about the subpoenas and subpoenas, which is everything seems to be based in a certain way, and the other thing is, do you feel like you're doing something wrong in this case? I mean, there's a lot of evidence. All of this evidence is being used against you, right? No. You're correct. You're correct. Because we were in a coma, which means that we were subject to the jurisdiction of the defamation district court. In fact, the district court took a quarter of us because we were admitted to that court from a patient-subjected position, and you are cursing us. No, you can tell us what we're cursing you. We're cursing you. I'm cursing you, right? Yes. Yes, sir. You can do that. You're correct. You're taking the measure that you personally are not perceiving, and you hold the district courts in Arizona, and you're holding the proceedings in Washington, D.C., and you're just holding the people who live in the Arizona case. So, what's the problem? I mean, it is still in the past, and it was not proceeding in the past. The fact that it's not proceeding is irrelevant, Your Honor. What is relevant is, yes, the relevant thing is take the defendants to pass. Targeted at defendants while they resided in Arizona. That's the absence of defendants targeted at Arizona that are here, and the fact that those are in some way related to job activities that occurred in Nevada at no basis in the Tony jurisdiction. That's where Judge Heitel's team colleague from Alaska, he looked at language from the Alden Supreme Court case and focused on that language untempered from the facts of the case. We recited, Your Honor, a string of six cases over a period of 40 years, some cases for a future 17 or 20. In each of those cases, either the Court of Appeals, in the case of the Fourth Circuit and Fifth Circuit, or just three courts, held that service of process that was abused. The process is abusive, and it is served on the defendant in the forum state. The forum state has jurisdiction over an abuse process for a long-term institution. We know that, Your Honor, because you must take base value in the relative allegations of a complaint in a jurisdictional manner, and the complaint alleges all of those things, all of those facts. The courts can in their own state and in the state of Washington give evidence for the complaint in person. They are also allowed to file evidence in a court setting against you in the area of the complaint in the state of Washington. Yes, Your Honor. And the other thing that they did in Arizona is they filed a response to the Washington process and another response in Arizona. And at a hearing in Arizona, on our motion to quash, Mr. Jones personally appeared in Arizona in court to argue in favor of the abusive statement. The judge had to say that he had a lot of judgment and he didn't reinforce his judgment. He made clear that this was not an abusive statement. He said that he was a very sound referee and that all of this was correct. He quashed the statement, Your Honor. He did, in his perspective, state this. He quashed it. And he said that he had no jurisdiction over the abuse that he had spoken about in the state of Arizona, and he wanted to put a charge toward him on whether or not he knew what he was saying or not what he was saying. Oh, thank you, Your Honor. I'll repeat it. Your Honor, the abuse in court between the applicants, here is your verdict that these Herož Jones, the offender could be sent to prison under the parole precedence of semester 8 Jones and the oldest is interpreting death. Your Honor, I have filled out the vaccine. I could have been convicted of manslaughter and I was able to join the cell phone and the police didn't do anything to me. They were, they were holding me and they didn't care what the police did to me. I understand the initial experience where the police did the test and the first thing that they did was use, was use their own equipment and use their own equipment and they put it on a truck and they used it and they put it on a truck to our neighbors and it was a great adventure. What you can find on the web is actually thoughts and things that you can read on the history of the attorney and you can understand where they came from. You see part of this court, this court is interpreting while the attorney is using the case and the court is also judging the defendant in the past. The court's students are refused to review its pronouncements and cross-presentations The attorney has encouraged their suicidal activities to be reviewed by the court in the following way The attorney has encouraged their students to   pronouncements and cross-presentations The attorney has encouraged their students to review their suicidal activities to activities to be reviewed court in the following to review their suicidal  to be reviewed court
judges: Kleinfeld, M. Smith, Kronstadt